WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lorraine Yazzie,<br><br>               Plaintiff,<br><br>v.<br><br>Marauder Corporation, et al.,<br><br>               Defendants. | NO. CIV-04-1308-PCT-SMM<br><br>**ORDER** |

On October 3, 2005, the Court held a telephonic status conference with counsel for Plaintiff Lorraine Yazzie, Norma Classen, regarding a settlement in the instant matter. Ms. Classen advised the Court that the settlement had been completed and all claims should be dismissed with prejudice. (Dkt. 4.) Accordingly,

**IT IS HEREBY ORDERED** that this matter be **DISMISSED WITH PREJUDICE**.

DATED this 28th day of February, 2007.

Stephen M. McNamee
United States District Judge